# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: CHERNIN'S SHOE OUTLET, LLC                       §    Case No. 09-03261
                                                        §
                                                        §
Debtor(s)                                               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code
was filed on February 02, 2009.  The undersigned trustee was appointed on February 02, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          134,659.19

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 4,035.00 |
| Administrative expenses | 36,383.97 |
| Bank service fees | 180.73 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 94,059.49 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing  non-governmental claims in this case was 06/09/2009
and the deadline for filing governmental claims was 06/09/2009.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$9,982.92.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $9,982.92, for a total compensation of $9,982.92. [3]In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of   $0.00
and now requests reimbursement for expenses of $235.06, for total expenses of
$235.06.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: _08/03/2011_____     By:_/s/RICHARD M. FOGEL_____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-03261 | Trustee:   (330720)   RICHARD M. FOGEL |
| Case Name:   CHERNIN'S SHOE OUTLET, LLC | Filed (f) or Converted (c): 02/02/09 (f) |
| | §341(a) Meeting Date:   03/12/09 |
| Period Ending: 08/03/11 | Claims Bar Date:   06/09/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand  (See Footnote) | 400.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | Cash on hand  (See Footnote) | 700.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Cash on hand  (See Footnote) | 1,991.14 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Cash on hand  (See Footnote) | 648.41 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Financial accounts, financial institution shares  (See Footnote) | 2,352.48 | 0.00 | | 0.00 | 0.00 |
| 6 | Financial accounts, financial institution shares  (See Footnote) | 7,320.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Financial accounts, financial institution shares  (See Footnote) | 189.97 | 0.00 | DA | 0.00 | 0.00 |
| 8 | Financial accounts, financial institution shares  (See Footnote) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Financial accounts, financial institution shares  (See Footnote) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Financial accounts, financial institution shares  (See Footnote) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Financial accounts, financial institution shares  (See Footnote) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 12 | Financial accounts, financial institution shares  (See Footnote) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 13 | Financial accounts, financial institution shares  (See Footnote) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 14 | Security deposits  (See Footnote) | 1,043.80 | 0.00 | DA | 0.00 | 0.00 |
| 15 | Security deposits  (See Footnote) | 415.17 | 0.00 | DA | 0.00 | 0.00 |
| 16 | Security deposits  (See Footnote) | 37,725.00 | 0.00 | DA | 0.00 | 0.00 |
| 17 | Security deposits  (See Footnote) | 5,850.00 | 0.00 | DA | 0.00 | 0.00 |
| 18 | Accounts receivable  (See Footnote) | 860.14 | 0.00 | DA | 0.00 | 0.00 |
| 19 | Licenses, franchises and other intangibles  (See Footnote) | 55,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 20 | Autos, trucks, trailers, other vehicles, access.  (See | 12,000.00 | 0.00 | DA | 0.00 | 0.00 |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-03261 | Trustee: (330720) RICHARD M. FOGEL |
| Case Name: CHERNIN'S SHOE OUTLET, LLC | Filed (f) or Converted (c): 02/02/09 (f) |
| | §341(a) Meeting Date: 03/12/09 |
| Period Ending: 08/03/11 | Claims Bar Date: 06/09/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Footnote) | | | | | |
| 21 | Office equipment, furnishings, and supplies (See Footnote) | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 22 | Inventory (See Footnote) | 303,301.40 | 0.00 | DA | 0.00 | 0.00 |
| 23 | Other personal property of any kind (See Footnote) | 95,083.99 | 0.00 | DA | 0.00 | 0.00 |
| 24 | Other personal property of any kind | Unknown | 0.00 | DA | 0.00 | 0.00 |
| 25 | Leases (u) | 0.00 | 72,500.00 | | 72,500.00 | FA |
| 26 | Tax refund (u) | 0.00 | 1,600.00 | | 6,139.30 | FA |
| 27 | Avoidance actions (u) | 0.00 | 50,000.00 | | 49,902.13 | FA |
| 28 | Class action claim (u) (See Footnote) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 117.76 | Unknown |
| 29 | **Assets** Totals (Excluding unknown values) | **$524,881.50** | **$130,100.00** | | **$134,659.19** | **$0.00** |

| | |
|---|---|
| RE PROP# 1 | Too burdensome to recover |
| RE PROP# 2 | Too burdensome to recover |
| RE PROP# 3 | Too burdensome to recover |
| RE PROP# 4 | Too burdensome to recover |
| RE PROP# 5 | Encumbered-stay modified on 3/4/09 |
| RE PROP# 6 | Encumbered- stay modified on 3/4/09 |
| RE PROP# 7 | Encumbered- Stay modified on 3/4/09 |
| RE PROP# 8 | Encumbered- stay modified on 3/4/09 |
| RE PROP# 9 | Encumbered- stay modified on 3/4/09 |
| RE PROP# 10 | Encumbered- stay modified on 3/4/09 |
| RE PROP# 11 | Encumbered- stay modified on 3/4/09 |
| RE PROP# 12 | Encumbered- stay modified on 3/4/09 |
| RE PROP# 13 | Encumbered- stay modified on 3/4/09 |
| RE PROP# 14 | Subject to setoff |
| RE PROP# 15 | Subject to setoff |
| RE PROP# 16 | Subject to setoff |
| RE PROP# 17 | Subject to setoff |
| RE PROP# 18 | Encumbered- stay modified on 3/4/09 |
| RE PROP# 19 | Encumbered- stay modified on 3/4/09 |
| RE PROP# 20 | Stay modified and vehicle repossessed |
| RE PROP# 21 | Encumbered- stay modified on 3/4/09 |

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 09-03261 | Trustee:    (330720)    RICHARD M. FOGEL |
| Case Name:    CHERNIN'S SHOE OUTLET, LLC | Filed (f) or Converted (c): 02/02/09 (f) |
| | §341(a) Meeting Date:    03/12/09 |
| Period Ending: 08/03/11 | Claims Bar Date:    06/09/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| RE PROP# 22 | Encumbered- stay modified on 3/4/09 |
| RE PROP# 23 | Encumbered- stay modified on 3/4/09 |
| RE PROP# 28 | Trustee authorized to sell estate's interest per o/c 6-22-11 |

---

**Major Activities Affecting Case Closing:**

Preparation of final estate income tax returns

Initial Projected Date Of Final Report (TFR):    December 31, 2010    Current Projected Date Of Final Report (TFR):    June 30, 2011

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-03261 | |
| Case Name: | CHERNIN'S SHOE OUTLET, LLC | |
| | | |
| Taxpayer ID #: | **-***0012 | |
| Period Ending: | 08/03/11 | |

| | | |
|---|---|---|
| Trustee: | RICHARD M. FOGEL (330720) | |
| Bank Name: | JPMORGAN CHASE BANK, N.A. | |
| Account: | ***-*****51-19 - Time Deposit Account | |
| Blanket Bond: | $5,000,000.00   (per case limit) | |
| Separate Bond: | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/09/09 | | FUNDING ACCOUNT: ********5165 | | 9999-000 | 90,000.00 | | 90,000.00 |
| 01/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 11.10 | | 90,011.10 |
| 02/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 11.46 | | 90,022.56 |
| 02/09/10 | | To Account #********5165 | Close CD via CD Rollover | 9999-000 | | 90,022.56 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 90,022.56 | 90,022.56 | $0.00 |
| Less: Bank Transfers | | 90,000.00 | 90,022.56 | |
| Subtotal | | 22.56 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $22.56 | $0.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 09-03261 |
| **Case Name:** | CHERNIN'S SHOE OUTLET, LLC |
| **Taxpayer ID #:** | **.***0012 |
| **Period Ending:** | 08/03/11 |

| | |
|---|---|
| **Trustee:** | RICHARD M. FOGEL (330720) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****51-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/09 | {25} | GRIFFIN & JACOBSON f/b/o SHOEZONE LLC | Proceeds of sale- assumption and assignment of leases | 1229-000 | 72,500.00 | | 72,500.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.56 | | 72,502.56 |
| 04/21/09 | {26} | Ohio Department of Taxation | Tax refund | 1224-000 | 1,639.30 | | 74,141.86 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.97 | | 74,144.83 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.92 | | 74,147.75 |
| 06/04/09 | {27} | SOFFT SHOE COMPANY | Preference settlement per o/c 6-2-09 | 1241-000 | 6,785.33 | | 80,933.08 |
| 06/09/09 | | To Account #*******5166 | Income taxes | 9999-000 | | 5,035.00 | 75,898.08 |
| 06/12/09 | {27} | E.M.S. TRADING, INC. | Settlement payment #1 per o/c 6-2-09 | 1241-000 | 1,000.00 | | 76,898.08 |
| 06/17/09 | {27} | HARBOR FOOTWEAR (SHAW GUSSIS) | Preference settlement per o/c 6-2-09~(Creditor's check inadvertently deposited in firm account) | 1241-000 | 10,000.00 | | 86,898.08 |
| 06/25/09 | {27} | SUPERIOR CORPORATION OF ILLINOIS | Preference settlement per o/c 6-2-09 | 1241-000 | 6,866.80 | | 93,764.88 |
| 06/29/09 | {27} | BRYCE DOWNEY & LENKOV | Preference settlement per o/c 6-17-2009 | 1241-000 | 2,250.00 | | 96,014.88 |
| 06/30/09 | {26} | STATE OF MICHIGAN | MBT refund for 2008 | 1224-000 | 4,500.00 | | 100,514.88 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.49 | | 100,518.37 |
| 07/02/09 | {27} | SHAW GUSSIS (EASTMAN FOOTWEAR) | Preference settlement per o/c 6-17-09 (Funds wired to SG client trust) | 1241-000 | 10,000.00 | | 110,518.37 |
| 07/10/09 | {27} | MICHAEL ANTONIO FOOTWEAR GROUP | Preference settlement per o/c 6-2-09 | 1241-000 | 1,000.00 | | 111,518.37 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.59 | | 111,522.96 |
| 08/04/09 | {27} | CARRINI, INC. | Preference settlement- initial payment | 1241-000 | 5,000.00 | | 116,522.96 |
| 08/13/09 | {27} | MICHAEL ANTONIO FOOTWEAR GROUP | Preference settlement- payment #3 | 1241-000 | 1,000.00 | | 117,522.96 |
| 08/25/09 | {27} | CARRINI, INC. | Preference settlement per o/c 8-26-09 | 1241-000 | 5,000.00 | | 122,522.96 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.94 | | 122,527.90 |
| 09/14/09 | | To Account #*******5166 | Income taxes | 9999-000 | | 1,000.00 | 121,527.90 |
| 09/15/09 | {27} | MICHAEL ANTONIO FOOTWEAR | Final payment | 1241-000 | 1,000.00 | | 122,527.90 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.99 | | 122,532.89 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.99 | | 122,537.88 |
| 11/13/09 | | To Account #*******5166 | 2009 W-2 preparation fee | 9999-000 | | 2,848.75 | 119,689.13 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.09 | | 119,694.22 |
| 12/01/09 | | To Account #*******5166 | Account Transfer | 9999-000 | | 16,604.86 | 103,089.36 |
| 12/09/09 | | ACCOUNT FUNDED: *******5119 | | 9999-000 | | 90,000.00 | 13,089.36 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.53 | | 13,090.89 |
| 01/13/10 | | To Account #*******5166 | Account Transfer | 9999-000 | | 1,000.00 | 12,090.89 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.49 | | 12,091.38 |
| | | | Subtotals : | | $128,579.99 | $116,488.61 | |

{} Asset reference(s)

Exhibit B

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 09-03261 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | CHERNIN'S SHOE OUTLET, LLC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****51-65 - Money Market Account |
| Taxpayer ID #: | **-***0012 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/03/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/10 | | From Account #*******5119 | Close CD via CD Rollover | 9999-000 | 90,022.56 | | 102,113.94 |
| 02/10/10 | | To Account #*******5166 | Account Transfer | 9999-000 | | 89.50 | 102,024.44 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.66 | | 102,027.10 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.57 | | 102,031.67 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.69 | | 102,032.36 |
| 04/06/10 | | Wire out to BNYM account<br>9200******5165 | Wire out to BNYM account 9200******5165 | 9999-000 | -102,032.36 | | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 116,578.11 | 116,578.11 | $0.00 |
| Less: Bank Transfers | -12,009.80 | 116,578.11 | |
| Subtotal | 128,587.91 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $128,587.91 | $0.00 | |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 09-03261 | |
| Case Name: CHERNIN'S SHOE OUTLET, LLC | |

| | |
|---|---|
| Trustee: RICHARD M. FOGEL (330720) | |
| Bank Name: JPMORGAN CHASE BANK, N.A. | |
| Account: ***-*****51-66 - Checking Account | |
| Taxpayer ID #: **-***0012 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 08/03/11 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/09/09 | | From Account #*******5165 | Income taxes | 9999-000 | 5,035.00 | | 5,035.00 |
| 06/09/09 | 101 | Tennessee Department of Revenue | 2008 Franchise/Excise Tax | 5800-000 | | 4,010.00 | 1,025.00 |
| 06/09/09 | 102 | Tennessee Department of Revenue | 2009 Estimated Franchise/Excise Tax | 2820-000 | | 1,000.00 | 25.00 |
| 06/09/09 | 103 | Wisconsin Department of Revenue | 2008 Recycling Surcharge | 5800-000 | | 25.00 | 0.00 |
| 09/14/09 | | From Account #*******5165 | Income taxes | 9999-000 | 1,000.00 | | 1,000.00 |
| 09/15/09 | 104 | TENNESSEE DEPARTMENT OF REVENUE | Q3 Franchise, Excise tax declaration | 2820-000 | | 1,000.00 | 0.00 |
| 11/13/09 | | From Account #*******5165 | 2009 W-2 preparation fee | 9999-000 | 2,848.75 | | 2,848.75 |
| 11/13/09 | 105 | ADP, INC. | 2009 W2 PREPARATION FEE- ACCT #60-145491 | 2990-000 | | 2,848.75 | 0.00 |
| 12/01/09 | | From Account #*******5165 | Account Transfer | 9999-000 | 16,604.86 | | 16,604.86 |
| 12/02/09 | 106 | ALAN D. LASKO & ASSOCIATES, P.C. | Accountants fees and expenses | | | 16,604.86 | 0.00 |
| | | | Accountant's fees per o/c    16,282.26<br>12-2-09 | 3410-000 | | | 0.00 |
| | | | Accountant's expenses    322.60<br>per o/c 12-2-09 | 3420-000 | | | 0.00 |
| 01/13/10 | | From Account #*******5165 | Account Transfer | 9999-000 | 1,000.00 | | 1,000.00 |
| 01/14/10 | 107 | TENNESSEE DEPARTMENT OF REVENUE | Q4 Franchise, Excise Tax Declaration | 2820-000 | | 1,000.00 | 0.00 |
| 02/10/10 | | From Account #*******5165 | Account Transfer | 9999-000 | 89.50 | | 89.50 |
| 02/10/10 | 108 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 89.50 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 26,578.11 | 26,578.11 | $0.00 |
| Less: Bank Transfers | 26,578.11 | 0.00 | |
| Subtotal | 0.00 | 26,578.11 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $26,578.11 | |

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 09-03261 | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | CHERNIN'S SHOE OUTLET, LLC | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******51-65 - Money Market Account |
| Taxpayer ID #: | **-***0012 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/03/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank,<br>N.A. account *******5165 | Wire in from JPMorgan Chase Bank, N.A.<br>account *******5165 | 9999-000 | 102,032.36 | | 102,032.36 |
| 04/07/10 | | To Account #9200******5166 | Account Transfer | 9999-000 | | 252.00 | 101,780.36 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 4.88 | | 101,785.24 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 6.05 | | 101,791.29 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.85 | | 101,797.14 |
| 07/01/10 | | To Account #9200******5166 | Account Transfer | 9999-000 | | 12,220.60 | 89,576.54 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.35 | | 89,581.89 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 5.32 | | 89,587.21 |
| 09/01/10 | | To Account #9200******5166 | Account Transfer- destruction of documents | 9999-000 | | 1,368.26 | 88,218.95 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.17 | | 88,221.12 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.24 | | 88,223.36 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.17 | | 88,225.53 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.24 | | 88,227.77 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.24 | | 88,230.01 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.03 | | 88,232.04 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.24 | | 88,234.28 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.17 | | 88,236.45 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 2.24 | | 88,238.69 |
| 06/28/11 | {28} | CASCADE SETTLEMENT<br>SERVICES, LLC | Sale of personal property, per o/c 6-22-11 | 1249-000 | 6,000.00 | | 94,238.69 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.73 | | 94,239.42 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.80 | | 94,240.22 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 180.73 | 94,059.49 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 108,081.08 | 14,021.59 | $94,059.49 |
| Less: Bank Transfers | 102,032.36 | 13,840.86 | |
| Subtotal | 6,048.72 | 180.73 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,048.72 | $180.73 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 09-03261 | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|
| Case Name: | CHERNIN'S SHOE OUTLET, LLC | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******51-66 - Checking Account |
| Taxpayer ID #: | **-***0012 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/03/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/10 | | From Account #9200******5165 | Account Transfer | 9999-000 | 252.00 | | 252.00 |
| 04/07/10 | 10109 | TENNESSEE DEPARTMENT OF REVENUE | 2009 Franchise, Excise Tax/ 36-7370012 | 2820-000 | | 252.00 | 0.00 |
| 07/01/10 | | From Account #9200******5165 | Account Transfer | 9999-000 | 12,220.60 | | 12,220.60 |
| 07/07/10 | 10110 | ALAN D. LASKO & ASSOCIATES, P.C. | Accountants' fees and expenses per o/c 6-30-2010 | | | 12,220.60 | 0.00 |
| | | | Accountants fees and     12,051.00 expenses per o/c 6-30-10 | 3410-000 | | | 0.00 |
| | | | 169.60 | 3420-000 | | | 0.00 |
| 09/01/10 | | From Account #9200******5165 | Account Transfer- destruction of documents | 9999-000 | 1,368.26 | | 1,368.26 |
| 09/03/10 | 10111 | SHRED-IT CHICAGO | Inv. #021394660/ Destruction of documents | 2990-000 | | 1,368.26 | 0.00 |

|  |  | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 13,840.86 | 13,840.86 | $0.00 |
| Less: Bank Transfers | | 13,840.86 | 0.00 | |
| Subtotal | | 0.00 | 13,840.86 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $13,840.86 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TIA # ***-*****51-19 | 22.56 | 0.00 | 0.00 |
| MMA # ***-*****51-65 | 128,587.91 | 0.00 | 0.00 |
| Checking # ***-*****51-66 | 0.00 | 26,578.11 | 0.00 |
| MMA # 9200-******51-65 | 6,048.72 | 180.73 | 94,059.49 |
| Checking # 9200-******51-66 | 0.00 | 13,840.86 | 0.00 |
| | $134,659.19 | $40,599.70 | $94,059.49 |

{} Asset reference(s)

Printed: 08/03/2011 06:20 AM    V.12.57

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-03261
Case Name: CHERNIN'S SHOE OUTLET, LLC
Trustee Name: RICHARD M. FOGEL

**Balance on hand:**            $            94,059.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15 | City of Wyoming | 6.40 | 6.40 | 0.00 | 6.40 |
| 20 | Highland Park Water Department | 494.54 | 494.54 | 0.00 | 494.54 |
| 32 | City of Memphis | 426.42 | 426.42 | 0.00 | 426.42 |
| 33 | City of Memphis | 201.64 | 201.64 | 0.00 | 201.64 |

Total to be paid to secured creditors:    $         1,129.00
Remaining balance:    $         92,930.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 9,982.92 | 0.00 | 9,982.92 |
| Trustee, Expenses - RICHARD M. FOGEL | 235.06 | 0.00 | 235.06 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ | 19,223.00 | 0.00 | 19,223.00 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ | 1,344.95 | 0.00 | 1,344.95 |
| Accountant for Trustee, Fees - ALAN D. LASKO & ASSOCIATES, P.C. | 12,200.00 | 0.00 | 12,200.00 |
| Accountant for Trustee, Expenses - ALAN D. LASKO & ASSOCIATES, P.C. | 251.90 | 0.00 | 251.90 |

Total to be paid for chapter 7 administration expenses:    $         43,237.83
Remaining balance:    $         49,692.66

UST Form 101-7-TFR (05/1/2011)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00

Remaining balance:   $    49,692.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $38,428.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | INTERNAL REVENUE SERVICE | 1,357.80 | 0.00 | 1,357.80 |
|  | INTERNAL REVENUE SERVICE | 317.56 | 0.00 | 317.56 |
|  | INTERNAL REVENUE SERVICE | 438.00 | 0.00 | 438.00 |
|  | ILLINOIS DEPARTMENT OF REVENUE | 438.00 | 0.00 | 438.00 |
| 41P | Illinois Department of Revenue | 866.00 | 0.00 | 866.00 |
| 63 | OHIO DEPARTMENT OF TAXATION | 226.62 | 0.00 | 226.62 |
| 71A | Internal Revenue Service | 1,441.31 | 0.00 | 1,441.31 |
| 77P | Maryland Dept of Revenue | 1,963.00 | 0.00 | 1,963.00 |
| 78P | Randy Shifrin | 10,950.00 | 0.00 | 10,950.00 |
| 79P | Steven Shifrin | 10,950.00 | 0.00 | 10,950.00 |
| 87P | Tennessee Department Of Revenue | 8,788.83 | 0.00 | 8,788.83 |
| 90 | SHELBY COUNTY TRUSTEE | 391.39 | 0.00 | 391.39 |
| 91 | STATE OF TENNESSEE DEPT OF REVENUE | 300.00 | 0.00 | 300.00 |

Total to be paid for priority claims:   $    38,428.51

Remaining balance:   $    11,264.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (05/1/2011)

Timely claims of general (unsecured) creditors totaling $ 2,568,775.89 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Ford Motor Credit Company LLC | 8,575.88 | 0.00 | 37.61 |
| 2 -2 | Chenson, Inc | 38,761.00 | 0.00 | 169.97 |
| 4 | PEOPLES GAS LIGHT AND COKE CO | 24,078.63 | 0.00 | 105.59 |
| 6 | Euler Hermes ACI Assignee of | 62,855.36 | 0.00 | 275.62 |
| 7 | Samsung America Inc-textile | 22,490.00 | 0.00 | 98.62 |
| 8 | Eastman Group, Inc, The | 129,619.00 | 0.00 | 568.38 |
| 9 | Next Step Group Inc | 108,009.00 | 0.00 | 473.62 |
| 10 | Olem Shoe Corp | 432,070.50 | 0.00 | 1,894.64 |
| 11 | Grubb & Ellis Management Services | 182,299.33 | 0.00 | 799.39 |
| 12 | XO Communications, Inc | 643.67 | 0.00 | 2.82 |
| 13 -3 | Marathon Petroleum Company LLC | 1,066.84 | 0.00 | 4.68 |
| 14 | ThinkFast | 10,000.00 | 0.00 | 43.85 |
| 16 | ComEd Company | 13,902.02 | 0.00 | 60.96 |
| 17 | Martin Mack Fire & Safety Equipment Co. | 985.18 | 0.00 | 4.32 |
| 19 | IMPORTEX GROUP | 17,720.00 | 0.00 | 77.70 |
| 21 | XPRESS SOLUTIONS, INC. | 3,830.00 | 0.00 | 16.79 |
| 22 | Blossom Footwear, Inc. | 25,168.50 | 0.00 | 110.36 |
| 23 | All Star Waste, LLC | 542.18 | 0.00 | 2.38 |
| 24 | Memphis Light Gas & Water | 6,427.24 | 0.00 | 28.18 |
| 25 | BGE | 6,782.33 | 0.00 | 29.74 |
| 26 | AmerenUE | 1,163.18 | 0.00 | 5.10 |
| 27 | GLOBE FOOTWEAR CORP. | 18,890.50 | 0.00 | 82.84 |
| 28 | USA Safe & Lock | 193.50 | 0.00 | 0.85 |
| 29 | Uline | 170.37 | 0.00 | 0.75 |
| 30 | BESTFIT INTERNATIONAL, INC. | 146,341.00 | 0.00 | 641.71 |
| 31 -2 | Dunbar Armored Inc | 26,879.63 | 0.00 | 117.87 |
| 34 | Margolin Shoes Inc | 14,687.00 | 0.00 | 64.40 |
| 35 | Fontana Fontana, Inc. | 10,000.00 | 0.00 | 43.85 |
| 36 | Star/A&J Disposal | 452.68 | 0.00 | 1.99 |
| 37 | Rgis Inventory Specialist | 9,080.06 | 0.00 | 39.82 |

**UST Form 101-7-TFR (05/1/2011)**

| 38 | Robert Wayne Associate, Inc. | 12,000.00 | 0.00 | 52.62 |
|---|---|---|---|---|
| 39 | BSG 95th & Jeffrey LLC | 15,000.00 | 0.00 | 65.78 |
| 40 | SMAC, INC. | 15,700.00 | 0.00 | 68.84 |
| 41U | Illinois Department of Revenue | 78.00 | 0.00 | 0.34 |
| 42 | Timberland | 62,111.00 | 0.00 | 272.36 |
| 43 | Elegant Footwear | 70,002.00 | 0.00 | 306.96 |
| 44 | A Line Group Inc. | 13,800.00 | 0.00 | 60.51 |
| 45 | Indianapolis Power & Light Company | 2,036.25 | 0.00 | 8.93 |
| 46 | GIC International | 124,200.00 | 0.00 | 544.62 |
| 47 | NIMA ACCESSORIES INC. | 12,327.00 | 0.00 | 54.05 |
| 48 | MidAmerican Energy Company | 17,522.28 | 0.00 | 76.84 |
| 49 | Makowsky Ringel Greenbreg, LLC | 25,791.66 | 0.00 | 113.10 |
| 50 | Makowsky Ringel Greenbreg, LLC | 66,000.00 | 0.00 | 289.41 |
| 51 | Simon, Peragine, Smith & Redfearn, L.L.P | 14,999.81 | 0.00 | 65.77 |
| 52 | IDB Factors | 9,240.00 | 0.00 | 40.52 |
| 53 | House Of Brands, Inc. | 26,165.50 | 0.00 | 114.74 |
| 54 | Jumbo Shoes, Inc. | 82,276.50 | 0.00 | 360.78 |
| 55 | Fedex Office | 4,782.90 | 0.00 | 20.97 |
| 56 | Wright Advertising Corp. | 12,000.00 | 0.00 | 52.62 |
| 57 | Rasolli Footwear Corp. | 84,009.50 | 0.00 | 368.38 |
| 58 | Keystone Plaza Associates | 50,000.00 | 0.00 | 219.25 |
| 59 | FedEX Customer Information Service | 346.26 | 0.00 | 1.52 |
| 60 | United Parcel Service | 417.77 | 0.00 | 1.83 |
| 61 -2 | EMS Trading Inc | 157,714.93 | 0.00 | 691.58 |
| 62 | Chicago Sun-Times | 23,203.50 | 0.00 | 101.75 |
| 64 | Bryce Downey, LLC | 69,222.10 | 0.00 | 303.54 |
| 65 | Dahlstrom Display Inc. | 5,000.00 | 0.00 | 21.93 |
| 66 | The Ohio Bell Telephone Company | 715.96 | 0.00 | 3.14 |
| 67 | Indiana Bell Telephone Company, Inc | 1,522.30 | 0.00 | 6.68 |
| 68 | Michigan Bell Telephone Company | 2,133.40 | 0.00 | 9.36 |
| 69 | Illinois Bell Telephone Company | 12,538.66 | 0.00 | 54.98 |
| 70 | Southwestern Bell Telephone Company | 1,169.67 | 0.00 | 5.13 |
| 72 | DTE Energy (Detroit Edison & MichCon) | 20,265.70 | 0.00 | 88.87 |
| 73 | Thor Gallery at Warren Conner, LLC | 24,322.58 | 0.00 | 106.65 |
| 74 | Laclede Gas Company | 794.81 | 0.00 | 3.49 |
| 75 | 73 West LLC | 32,121.00 | 0.00 | 140.85 |

**UST Form 101-7-TFR (05/1/2011)**

| 76 | Laner, Muchin, Dombrow, Becker, | 13,567.15 | 0.00 | 59.49 |
| 77U | Maryland Dept of Revenue | 194.00 | 0.00 | 0.85 |
| 78U | Randy Shifrin | 588.45 | 0.00 | 2.58 |
| 79U | Steven Shifrin | 588.45 | 0.00 | 2.58 |
| 82 | Waste Management c/o Jacquolyn E. Mills | 4,101.07 | 0.00 | 17.98 |
| 83 | DDRC Michigan, LLC | 115,979.59 | 0.00 | 508.57 |
| 84 | Reebok International Ltd | 38,302.00 | 0.00 | 167.96 |
| 87U | Tennessee Department Of Revenue | 239.56 | 0.00 | 1.05 |

Total to be paid for timely general unsecured claims:   $   11,264.15

Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,406.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 85 | Indiana American Water | 415.11 | 0.00 | 0.00 |
| 86 | AT&T Corp | 963.25 | 0.00 | 0.00 |
| 88 | Village Of Matteson - | 28.40 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00

Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00

Remaining balance:   $   0.00

UST Form 101-7-TFR (05/1/2011)