UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:                                                      )    Case No. 09-03261
    CHERNIN'S SHOE OUTLET, LLC    )
                                       Debtor(s)    )

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on September 6, 2011 in Courtroom 642**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  August 2, 2011                       By:  /s/ Richard M. Fogel
                                                                                     Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CHERNIN'S SHOE OUTLET, LLC § Case No. 09-03261
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 134,659.19 |
| *and approved disbursements of* | $ 40,599.70 |
| *leaving a balance on hand of* [1] | $ 94,059.49 |
| **Balance on hand:** | $ 94,059.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15 | City of Wyoming | 6.40 | 6.40 | 0.00 | 6.40 |
| 20 | Highland Park Water Department | 494.54 | 494.54 | 0.00 | 494.54 |
| 32 | City of Memphis | 426.42 | 426.42 | 0.00 | 426.42 |
| 33 | City of Memphis | 201.64 | 201.64 | 0.00 | 201.64 |

Total to be paid to secured creditors: $ 1,129.00
Remaining balance: $ 92,930.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 9,982.92 | 0.00 | 9,982.92 |
| Trustee, Expenses - RICHARD M. FOGEL | 235.06 | 0.00 | 235.06 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ | 19,223.00 | 0.00 | 19,223.00 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ | 1,344.95 | 0.00 | 1,344.95 |
| Accountant for Trustee, Fees - ALAN D. LASKO & | 12,200.00 | 0.00 | 12,200.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| ASSOCIATES, P.C. | | | |
| Accountant for Trustee, Expenses - ALAN D. LASKO & ASSOCIATES, P.C. | 251.90 | 0.00 | 251.90 |

    Total to be paid for chapter 7 administration expenses:   $    43,237.83
    Remaining balance:   $    49,692.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:   $    0.00
    Remaining balance:   $    49,692.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $38,428.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | INTERNAL REVENUE SERVICE | 1,357.80 | 0.00 | 1,357.80 |
| | INTERNAL REVENUE SERVICE | 317.56 | 0.00 | 317.56 |
| | INTERNAL REVENUE SERVICE | 438.00 | 0.00 | 438.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | 438.00 | 0.00 | 438.00 |
| 41P | Illinois Department of Revenue | 866.00 | 0.00 | 866.00 |
| 63 | OHIO DEPARTMENT OF TAXATION | 226.62 | 0.00 | 226.62 |
| 71A | Internal Revenue Service | 1,441.31 | 0.00 | 1,441.31 |
| 77P | Maryland Dept of Revenue | 1,963.00 | 0.00 | 1,963.00 |
| 78P | Randy Shifrin | 10,950.00 | 0.00 | 10,950.00 |
| 79P | Steven Shifrin | 10,950.00 | 0.00 | 10,950.00 |
| 87P | Tennessee Department Of Revenue | 8,788.83 | 0.00 | 8,788.83 |
| 90 | SHELBY COUNTY TRUSTEE | 391.39 | 0.00 | 391.39 |
| 91 | STATE OF TENNESSEE DEPT OF REVENUE | 300.00 | 0.00 | 300.00 |

    Total to be paid for priority claims:   $    38,428.51
    Remaining balance:   $    11,264.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 2,568,775.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Ford Motor Credit Company LLC | 8,575.88 | 0.00 | 37.61 |
| 2 -2 | Chenson, Inc | 38,761.00 | 0.00 | 169.97 |
| 4 | PEOPLES GAS LIGHT AND COKE CO | 24,078.63 | 0.00 | 105.59 |
| 6 | Euler Hermes ACI Assignee of | 62,855.36 | 0.00 | 275.62 |
| 7 | Samsung America Inc-textile | 22,490.00 | 0.00 | 98.62 |
| 8 | Eastman Group, Inc, The | 129,619.00 | 0.00 | 568.38 |
| 9 | Next Step Group Inc | 108,009.00 | 0.00 | 473.62 |
| 10 | Olem Shoe Corp | 432,070.50 | 0.00 | 1,894.64 |
| 11 | Grubb & Ellis Management Services | 182,299.33 | 0.00 | 799.39 |
| 12 | XO Communications, Inc | 643.67 | 0.00 | 2.82 |
| 13 -3 | Marathon Petroleum Company LLC | 1,066.84 | 0.00 | 4.68 |
| 14 | ThinkFast | 10,000.00 | 0.00 | 43.85 |
| 16 | ComEd Company | 13,902.02 | 0.00 | 60.96 |
| 17 | Martin Mack Fire & Safety Equipment Co. | 985.18 | 0.00 | 4.32 |
| 19 | IMPORTEX GROUP | 17,720.00 | 0.00 | 77.70 |
| 21 | XPRESS SOLUTIONS, INC. | 3,830.00 | 0.00 | 16.79 |
| 22 | Blossom Footwear, Inc. | 25,168.50 | 0.00 | 110.36 |
| 23 | All Star Waste, LLC | 542.18 | 0.00 | 2.38 |
| 24 | Memphis Light Gas & Water | 6,427.24 | 0.00 | 28.18 |
| 25 | BGE | 6,782.33 | 0.00 | 29.74 |
| 26 | AmerenUE | 1,163.18 | 0.00 | 5.10 |
| 27 | GLOBE FOOTWEAR CORP. | 18,890.50 | 0.00 | 82.84 |
| 28 | USA Safe & Lock | 193.50 | 0.00 | 0.85 |
| 29 | Uline | 170.37 | 0.00 | 0.75 |
| 30 | BESTFIT INTERNATIONAL, INC. | 146,341.00 | 0.00 | 641.71 |
| 31 -2 | Dunbar Armored Inc | 26,879.63 | 0.00 | 117.87 |
| 34 | Margolin Shoes Inc | 14,687.00 | 0.00 | 64.40 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 35 | Fontana Fontana, Inc. | 10,000.00 | 0.00 | 43.85 |
| 36 | Star/A&J Disposal | 452.68 | 0.00 | 1.99 |
| 37 | Rgis Inventory Specialist | 9,080.06 | 0.00 | 39.82 |
| 38 | Robert Wayne Associate, Inc. | 12,000.00 | 0.00 | 52.62 |
| 39 | BSG 95th & Jeffrey LLC | 15,000.00 | 0.00 | 65.78 |
| 40 | SMAC, INC. | 15,700.00 | 0.00 | 68.84 |
| 41U | Illinois Department of Revenue | 78.00 | 0.00 | 0.34 |
| 42 | Timberland | 62,111.00 | 0.00 | 272.36 |
| 43 | Elegant Footwear | 70,002.00 | 0.00 | 306.96 |
| 44 | A Line Group Inc. | 13,800.00 | 0.00 | 60.51 |
| 45 | Indianapolis Power & Light Company | 2,036.25 | 0.00 | 8.93 |
| 46 | GIC International | 124,200.00 | 0.00 | 544.62 |
| 47 | NIMA ACCESSORIES INC. | 12,327.00 | 0.00 | 54.05 |
| 48 | MidAmerican Energy Company | 17,522.28 | 0.00 | 76.84 |
| 49 | Makowsky Ringel Greenbreg, LLC | 25,791.66 | 0.00 | 113.10 |
| 50 | Makowsky Ringel Greenbreg, LLC | 66,000.00 | 0.00 | 289.41 |
| 51 | Simon, Peragine, Smith & Redfearn, L.L.P | 14,999.81 | 0.00 | 65.77 |
| 52 | IDB Factors | 9,240.00 | 0.00 | 40.52 |
| 53 | House Of Brands, Inc. | 26,165.50 | 0.00 | 114.74 |
| 54 | Jumbo Shoes, Inc. | 82,276.50 | 0.00 | 360.78 |
| 55 | Fedex Office | 4,782.90 | 0.00 | 20.97 |
| 56 | Wright Advertising Corp. | 12,000.00 | 0.00 | 52.62 |
| 57 | Rasolli Footwear Corp. | 84,009.50 | 0.00 | 368.38 |
| 58 | Keystone Plaza Associates | 50,000.00 | 0.00 | 219.25 |
| 59 | FedEX Customer Information Service | 346.26 | 0.00 | 1.52 |
| 60 | United Parcel Service | 417.77 | 0.00 | 1.83 |
| 61 -2 | EMS Trading Inc | 157,714.93 | 0.00 | 691.58 |
| 62 | Chicago Sun-Times | 23,203.50 | 0.00 | 101.75 |
| 64 | Bryce Downey, LLC | 69,222.10 | 0.00 | 303.54 |
| 65 | Dahlstrom Display Inc. | 5,000.00 | 0.00 | 21.93 |
| 66 | The Ohio Bell Telephone Company | 715.96 | 0.00 | 3.14 |
| 67 | Indiana Bell Telephone Company, Inc | 1,522.30 | 0.00 | 6.68 |
| 68 | Michigan Bell Telephone Company | 2,133.40 | 0.00 | 9.36 |
| 69 | Illinois Bell Telephone Company | 12,538.66 | 0.00 | 54.98 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 70 | Southwestern Bell Telephone Company | 1,169.67 | 0.00 | 5.13 |
| 72 | DTE Energy (Detroit Edison & MichCon) | 20,265.70 | 0.00 | 88.87 |
| 73 | Thor Gallery at Warren Conner, LLC | 24,322.58 | 0.00 | 106.65 |
| 74 | Laclede Gas Company | 794.81 | 0.00 | 3.49 |
| 75 | 73 West LLC | 32,121.00 | 0.00 | 140.85 |
| 76 | Laner, Muchin, Dombrow, Becker, | 13,567.15 | 0.00 | 59.49 |
| 77U | Maryland Dept of Revenue | 194.00 | 0.00 | 0.85 |
| 78U | Randy Shifrin | 588.45 | 0.00 | 2.58 |
| 79U | Steven Shifrin | 588.45 | 0.00 | 2.58 |
| 82 | Waste Management c/o Jacquolyn E. Mills | 4,101.07 | 0.00 | 17.98 |
| 83 | DDRC Michigan, LLC | 115,979.59 | 0.00 | 508.57 |
| 84 | Reebok International Ltd | 38,302.00 | 0.00 | 167.96 |
| 87U | Tennessee Department Of Revenue | 239.56 | 0.00 | 1.05 |

Total to be paid for timely general unsecured claims:   $   11,264.15
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,406.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 85 | Indiana American Water | 415.11 | 0.00 | 0.00 |
| 86 | AT&T Corp | 963.25 | 0.00 | 0.00 |
| 88 | Village Of Matteson - | 28.40 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**