# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | Case No. 09-03261 |
| CHERNIN'S SHOE OUTLET, LLC ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>RICHARD M. FOGEL</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on September 6, 2011 in Courtroom 642**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: August 2, 2011        By: /s/ Richard M. Fogel
                                          Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: CHERNIN'S SHOE OUTLET, LLC | § | Case No. 09-03261 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 134,659.19 |
| *and approved disbursements of* | $ 40,599.70 |
| *leaving a balance on hand of* [1] | $ 94,059.49 |
| **Balance on hand:** | $ 94,059.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15 | City of Wyoming | 6.40 | 6.40 | 0.00 | 6.40 |
| 20 | Highland Park Water Department | 494.54 | 494.54 | 0.00 | 494.54 |
| 32 | City of Memphis | 426.42 | 426.42 | 0.00 | 426.42 |
| 33 | City of Memphis | 201.64 | 201.64 | 0.00 | 201.64 |

Total to be paid to secured creditors:   $ 1,129.00
Remaining balance:   $ 92,930.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 9,982.92 | 0.00 | 9,982.92 |
| Trustee, Expenses - RICHARD M. FOGEL | 235.06 | 0.00 | 235.06 |
| Attorney for Trustee, Fees - SHAW GUSSIS FISHMAN GLANTZ | 19,223.00 | 0.00 | 19,223.00 |
| Attorney for Trustee, Expenses - SHAW GUSSIS FISHMAN GLANTZ | 1,344.95 | 0.00 | 1,344.95 |
| Accountant for Trustee, Fees - ALAN D. LASKO & | 12,200.00 | 0.00 | 12,200.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Accountant for Trustee, Expenses - ALAN D. LASKO & ASSOCIATES, P.C. | 251.90 | 0.00 | 251.90 |

Total to be paid for chapter 7 administration expenses: $ 43,237.83
Remaining balance: $ 49,692.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 49,692.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $38,428.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 1,357.80 | 0.00 | 1,357.80 |
| | INTERNAL REVENUE SERVICE | 317.56 | 0.00 | 317.56 |
| | INTERNAL REVENUE SERVICE | 438.00 | 0.00 | 438.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | 438.00 | 0.00 | 438.00 |
| 41P | Illinois Department of Revenue | 866.00 | 0.00 | 866.00 |
| 63 | OHIO DEPARTMENT OF TAXATION | 226.62 | 0.00 | 226.62 |
| 71A | Internal Revenue Service | 1,441.31 | 0.00 | 1,441.31 |
| 77P | Maryland Dept of Revenue | 1,963.00 | 0.00 | 1,963.00 |
| 78P | Randy Shifrin | 10,950.00 | 0.00 | 10,950.00 |
| 79P | Steven Shifrin | 10,950.00 | 0.00 | 10,950.00 |
| 87P | Tennessee Department Of Revenue | 8,788.83 | 0.00 | 8,788.83 |
| 90 | SHELBY COUNTY TRUSTEE | 391.39 | 0.00 | 391.39 |
| 91 | STATE OF TENNESSEE DEPT OF REVENUE | 300.00 | 0.00 | 300.00 |

Total to be paid for priority claims: $ 38,428.51
Remaining balance: $ 11,264.15

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)

Timely claims of general (unsecured) creditors totaling $ 2,568,775.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Ford Motor Credit Company LLC | 8,575.88 | 0.00 | 37.61 |
| 2 -2 | Chenson, Inc | 38,761.00 | 0.00 | 169.97 |
| 4 | PEOPLES GAS LIGHT AND COKE CO | 24,078.63 | 0.00 | 105.59 |
| 6 | Euler Hermes ACI Assignee of | 62,855.36 | 0.00 | 275.62 |
| 7 | Samsung America Inc-textile | 22,490.00 | 0.00 | 98.62 |
| 8 | Eastman Group, Inc, The | 129,619.00 | 0.00 | 568.38 |
| 9 | Next Step Group Inc | 108,009.00 | 0.00 | 473.62 |
| 10 | Olem Shoe Corp | 432,070.50 | 0.00 | 1,894.64 |
| 11 | Grubb & Ellis Management Services | 182,299.33 | 0.00 | 799.39 |
| 12 | XO Communications, Inc | 643.67 | 0.00 | 2.82 |
| 13 -3 | Marathon Petroleum Company LLC | 1,066.84 | 0.00 | 4.68 |
| 14 | ThinkFast | 10,000.00 | 0.00 | 43.85 |
| 16 | ComEd Company | 13,902.02 | 0.00 | 60.96 |
| 17 | Martin Mack Fire & Safety Equipment Co. | 985.18 | 0.00 | 4.32 |
| 19 | IMPORTEX GROUP | 17,720.00 | 0.00 | 77.70 |
| 21 | XPRESS SOLUTIONS, INC. | 3,830.00 | 0.00 | 16.79 |
| 22 | Blossom Footwear, Inc. | 25,168.50 | 0.00 | 110.36 |
| 23 | All Star Waste, LLC | 542.18 | 0.00 | 2.38 |
| 24 | Memphis Light Gas & Water | 6,427.24 | 0.00 | 28.18 |
| 25 | BGE | 6,782.33 | 0.00 | 29.74 |
| 26 | AmerenUE | 1,163.18 | 0.00 | 5.10 |
| 27 | GLOBE FOOTWEAR CORP. | 18,890.50 | 0.00 | 82.84 |
| 28 | USA Safe & Lock | 193.50 | 0.00 | 0.85 |
| 29 | Uline | 170.37 | 0.00 | 0.75 |
| 30 | BESTFIT INTERNATIONAL, INC. | 146,341.00 | 0.00 | 641.71 |
| 31 -2 | Dunbar Armored Inc | 26,879.63 | 0.00 | 117.87 |
| 34 | Margolin Shoes Inc | 14,687.00 | 0.00 | 64.40 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 35 | Fontana Fontana, Inc. | 10,000.00 | 0.00 | 43.85 |
| 36 | Star/A&J Disposal | 452.68 | 0.00 | 1.99 |
| 37 | Rgis Inventory Specialist | 9,080.06 | 0.00 | 39.82 |
| 38 | Robert Wayne Associate, Inc. | 12,000.00 | 0.00 | 52.62 |
| 39 | BSG 95th & Jeffrey LLC | 15,000.00 | 0.00 | 65.78 |
| 40 | SMAC, INC. | 15,700.00 | 0.00 | 68.84 |
| 41U | Illinois Department of Revenue | 78.00 | 0.00 | 0.34 |
| 42 | Timberland | 62,111.00 | 0.00 | 272.36 |
| 43 | Elegant Footwear | 70,002.00 | 0.00 | 306.96 |
| 44 | A Line Group Inc. | 13,800.00 | 0.00 | 60.51 |
| 45 | Indianapolis Power & Light Company | 2,036.25 | 0.00 | 8.93 |
| 46 | GIC International | 124,200.00 | 0.00 | 544.62 |
| 47 | NIMA ACCESSORIES INC. | 12,327.00 | 0.00 | 54.05 |
| 48 | MidAmerican Energy Company | 17,522.28 | 0.00 | 76.84 |
| 49 | Makowsky Ringel Greenbreg, LLC | 25,791.66 | 0.00 | 113.10 |
| 50 | Makowsky Ringel Greenbreg, LLC | 66,000.00 | 0.00 | 289.41 |
| 51 | Simon, Peragine, Smith & Redfearn, L.L.P | 14,999.81 | 0.00 | 65.77 |
| 52 | IDB Factors | 9,240.00 | 0.00 | 40.52 |
| 53 | House Of Brands, Inc. | 26,165.50 | 0.00 | 114.74 |
| 54 | Jumbo Shoes, Inc. | 82,276.50 | 0.00 | 360.78 |
| 55 | Fedex Office | 4,782.90 | 0.00 | 20.97 |
| 56 | Wright Advertising Corp. | 12,000.00 | 0.00 | 52.62 |
| 57 | Rasolli Footwear Corp. | 84,009.50 | 0.00 | 368.38 |
| 58 | Keystone Plaza Associates | 50,000.00 | 0.00 | 219.25 |
| 59 | FedEX Customer Information Service | 346.26 | 0.00 | 1.52 |
| 60 | United Parcel Service | 417.77 | 0.00 | 1.83 |
| 61 -2 | EMS Trading Inc | 157,714.93 | 0.00 | 691.58 |
| 62 | Chicago Sun-Times | 23,203.50 | 0.00 | 101.75 |
| 64 | Bryce Downey, LLC | 69,222.10 | 0.00 | 303.54 |
| 65 | Dahlstrom Display Inc. | 5,000.00 | 0.00 | 21.93 |
| 66 | The Ohio Bell Telephone Company | 715.96 | 0.00 | 3.14 |
| 67 | Indiana Bell Telephone Company, Inc | 1,522.30 | 0.00 | 6.68 |
| 68 | Michigan Bell Telephone Company | 2,133.40 | 0.00 | 9.36 |
| 69 | Illinois Bell Telephone Company | 12,538.66 | 0.00 | 54.98 |

**UST Form 101-7-NFR (10/1/2010)**

| 70 | Southwestern Bell Telephone Company | 1,169.07 | 0.00 | 5.13 |
|---|---|---|---|---|
| 72 | DTE Energy (Detroit Edison & MichCon) | 20,265.70 | 0.00 | 88.87 |
| 73 | Thor Gallery at Warren Conner, LLC | 24,322.58 | 0.00 | 106.65 |
| 74 | Laclede Gas Company | 794.81 | 0.00 | 3.49 |
| 75 | 73 West LLC | 32,121.00 | 0.00 | 140.85 |
| 76 | Laner, Muchin, Dombrow, Becker, | 13,567.15 | 0.00 | 59.49 |
| 77U | Maryland Dept of Revenue | 194.00 | 0.00 | 0.85 |
| 78U | Randy Shifrin | 588.45 | 0.00 | 2.58 |
| 79U | Steven Shifrin | 588.45 | 0.00 | 2.58 |
| 82 | Waste Management c/o Jacquolyn E. Mills | 4,101.07 | 0.00 | 17.98 |
| 83 | DDRC Michigan, LLC | 115,979.59 | 0.00 | 508.57 |
| 84 | Reebok International Ltd | 38,302.00 | 0.00 | 167.96 |
| 87U | Tennessee Department Of Revenue | 239.56 | 0.00 | 1.05 |

Total to be paid for timely general unsecured claims:  $      11,264.15
Remaining balance:  $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,406.76 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 85 | Indiana American Water | 415.11 | 0.00 | 0.00 |
| 86 | AT&T Corp | 963.25 | 0.00 | 0.00 |
| 88 | Village Of Matteson - | 28.40 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $          0.00
Remaining balance:  $          0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                 Case No. 09-03261-SPS
Chernin's Shoe Outlet, LLC                                             Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1           User: dwilliams              Page 1 of 6                  Date Rcvd: Aug 04, 2011
                               Form ID: pdf006              Total Noticed: 237


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2011.
db           +Chernin's Shoe Outlet, LLC,    4648 South Halsted Street,    Chicago, IL 60609-4414
aty          +Chad H. Gettleman,    Adelman & Gettleman, Ltd.,    53 West Jackson Boulevard,    Suite 1050,
               Chicago, IL 60604-3786
aty          +Kimberly A Bacher,    Shaw Gussis Fishman Glantz WolfsonTowbin,    321 N. Clark,   Suite 800,
               Chicago, IL 60654-4766
aty          +Peter J Roberts,    Shaw Gussis et al,   321 North Clark St,    Suite 800,    Chicago, IL 60654-4766
aty          +Shaw Gussis Fishman Glantz Wolfson & Towbin Llc,    321 North Clark Street Suite 800,
               Chicago, IL 60654-4766
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street   Suite 800,
               Chicago, IL 60654-4766
13484417     +11139 S. Michigan LLC,    c/o J. Patrick Realty,    3105 N. Ashland Ave., Suite 350,
               Chicago, IL 60657-3013
13549069     +1601 South Cicero, LLC,    c/o Comar Properties,   PO Box 88850,    Carol Stream, IL 60188-0850
13559389     +4200 West Belmont LLC,    4801 W Golf Road,   Skokie, IL 60077-1401
13549070     +4938 South Kedzie LLC,    c/o Comar Properties,   PO Box 88850,    Carol Stream, IL 60188-0850
13994631     +73 West LLC,    Hauselman, Rappin, Olswang, Ltd,   39 South LaSalle Suite 1105,
               Chicago, IL 60603-1720
13484418     +73 West LLC,    c/o F&F Realty, Ltd.,   5005 W. Touhy Suite 200,    Skokie, IL 60077-3548
13484419     +A & R Katz Management, Inc.,    1135 PAYSPHERE CIRCLE,    CHICAGO, IL 60674-0001
13484420     +A Line Group Inc.,    Attn: Accounts Receivable,   145 Talmadge Road,    Edison, NJ 08817-2842
13484421      ACO HARDWARE,    Drawer # 5790,    P.O. Box 79001,    Attn: Dick Rosenberger,
               Detroit, MI 48279-5790
13484426     +ARS Rescue Rooter,    25 Woodrow Ave.,   Indianapolis, IN 46241-1302
13484428      AT&T,   P.O. BOX 9001309,    LOUISVILLE, KY 40290-1309
13484430      AT&T,   P.O. Box 650661,    Dallas, TX 75265-0661
13484431      AT&T,   P.O. Box 105262,    Atlanta, GA 30348-5262
13484429      AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
13914851     +AT&T Attorney: James Grudus, Esq.,    AT&T Inc.,   One AT&T Way, Room 3A218,
               Bedminster, NJ 07921-2694
14048083     +AT&T Corp,    James Grudus, Esq,   AT&T Services Inc,    One AT&T Way, Room 3A218,
               Bedminster, NJ 07921-2694
13484422     +All Star Waste, LLC,    P.O. Box 278,   Collierville, TN 38027-0278
13484423      Allied Waste Services,    P.O. Box 9001154,   Louisville, KY 40290-1154
13484424     +Amcore Bank,   501 Seventh Street,    P.O. Box 1537,   Rockford, IL 61110-0037
13484425     +AmerenUE,   P.O. Box 66881,    Mail Code 310,   St. Louis, MO 63166-6881
13484433     +BESTFIT INTERNATIONAL, INC.,    ATTN:  ACCOUNTS RECEIVABLE,    900 CANADA COURT,
               CITY OF INDUSTRY, CA 91748-1136
13484434      BGE,   P.O. Box 13070,    Philadelphia, PA 19101-3070
13691745     +BGE,   PO Box 1475,   Baltimore, MD 21203-1475
13484439     +BSG 95th & Jeffrey LLC,    8707 N. Skokie Blvd. Suite 230,    Skokie, IL 60077-2272
13484432      Bank SinoPac,    P.O. Box 933635,   Attn: Susan,    Atlanta, GA 31193-3635
13484435     +Black Oak Associates, Inc.,    10055 Red Run Boulevard , Suite 130,    Owings Mills, MD 21117-4860
13484436     +Blossom Footwear, Inc.,    18120 Rowland Street,   City Of Industry, CA 91748-1224
13484437      Blue Cross/Blue Shield,    P.O. Box 1186,   CHICAGO, IL 60690-1186
13484438     +Bordan Shoe Company Inc,    4335 E. Valley Blvd,   Los Angeles, CA 90032-3632
13549071     +Bryce Downey, LLC,    Attn Robert Bramlette,   200 N Lasalle St,    Suite 2700,
               Chicago, IL 60601-1099
13484440     +Bug Doctor Pest Services,    P.O. Box 5063,   Woodridge, IL 60517-0063
13549073     +CDW Direct LLC,    PO Box 75723,   Chicago, IL 60675-5723
13484443     +CELERANT,   Outerbridge Plaza,    4830 Arthur Kill Road Suite 204,    Staten Island, NY 10309-2634
13549072      CH Robinson Company,    PO Box 9121,   Minneapolis, MN 55480-9121
13484446      CIT Group/Commercial Service Inc.,    P.O. Box 1036,   Charlotte, NC 28201-1036
13484449     +CMerit USA Inc.,    17531 Railroad St. Suite F,   City Of Industry, CA 91748-1105
13484454     +CS Real Estate Ventures, LLC,    830 Kimball Road,    Highland Park, IL 60035-3699
13484442     +Canterbury Plaza Properties, Ltd.,    c/o Grubb & Ellis Mgmt Services Inc.,
               500 W. Monroe Suite #2800,    Chicago, IL 60661-3773
13544991     +Chenson, Inc,   Nancy Y Markoff,    Snipper, Wainer & Markoff,    270 N Canon Dr, Penthouse,
               Beverly Hills, CA 90210-5312
13484444     +Chenson, Inc.,    2101 S. Santa Fe Ave.,   Los Angeles, CA 90058-1107
13484445     +Chicago Sun-Times,    6913 Paysphere Circle,   Chicago, IL 60674-0001,    Attn Jennifer Kocenko
13484447      Citizens Gas,    P.O. Box 7056,   Indianapolis, IN 46207-7056
13484448     +City of Chicago - Dept. of Rev,    False Burglar Alarm Unit,    P.O. Box 4956,
               Chicago, IL 60680-4956
13549074     +City of Chicago Water Dept,    PO Box 6330,   Chicago, IL 60680-6330
13707629     +City of Memphis,    Linebarger, Goggan, Blair & Sampson,    One Commerce Square, 40 S. Main,
               Suite 2250,   Memphis, TN 38103-5537
13670545     +City of Wyoming,    1155 - 28th St SW,   Wyoming, MI 49509-2895
13484450     +Comar Properties,    2208 Midwest Road,   Oak Brook, IL 60523-1243
13484451      Comcast,   P.O. Box 105184,    Atlanta, GA 30348-5184
13484453     +Construction Code Enforcement,    6465 Mullins Station,    Memphis, TN 38134-7968
13549075     +Corporate Safe Specialist Inc,    14800 S McKinley Ave,    Posen, IL 60469-1547
13484456      DAHM,    635-637 W. Roosevelt Rd.,   Chicago, IL 60607
13484458     +DDRC Michigan LLC,    Dept 101821-20227-1593,   P.O. Box 951142,    Cleveland, OH 44193-0005
```

```
District/off: 0752-1          User: dwilliams              Page 2 of 6                  Date Rcvd: Aug 04, 2011
                              Form ID: pdf006              Total Noticed: 237


13484457     +DDRC Michigan, LLC,    c/o Developers Diversified Realty Corp,     3300 Enterpise Parkway,
               Beachwood, OH 44122-7200
13484460      DMX Inc.,    P.O. Box 660557,    Dallas, TX 75266-0557
13484455     +Dahlstrom Display Inc.,    Attn: Accounts Receivable,     6181 Paysphere Circle,
               Chicago, IL 60674-0001
13549076     +Disc Security Alarm Serv Inc,    PO Box 846,    Attn Accounts Receivable,
               Plainfield, IL 60544-0846
13484461     +Domestic Services Resource,    2222 West Charleston,     Chicago, IL 60647-3209
13549077     +Dominion East Ohio,    PO Box 26785,    Richmond, VA 23261-6785
13484463      Dunbar Armored Inc,    P.O. Box 64115,    Baltimore, MD 21264-4115
13559385     +Dunbar Armored Inc,    50 Schilling Rd,    Hunt Valley, MD 21031-1424
13484464      Dunbar Bankpak, Inc.,    P.O. Box 333,    Baltimore, MD 21203-0333
13484465     +EMS Trading Inc,    dba Michael Antonio Footwear Group,     5161 RICHTON STREET,
               MONTCLAIR, CA 91763-1310
13484466      Eagledale Realty Company, LLC,    2220 N. Meridian St.,     Indianapolis, IN 46208-5728
13484467     +Eastman Footwear Group, Inc.,    Attn: Accounts Receivable,     34 West 33rd Street Floor 7,
               New York, NY 10001-3304
13596000     +Eastman Group, Inc, The,    Euler Hermes ACI,    Eastman Group, Inc, The,    800 Red Brook Boulevard,
               Owings Mills, MD 21117-5173
13484468     +Elegant Footwear,    Attn: Accounts Receivable,     1020 Lawson St.,
               City of Industry, CA 91748-1107
13484469     +Euclid Richmond Shopping Center,     23611 Chagrin Boulevard Suite 200,    Beachwood, OH 44122-5561
13595903     +Euler Hermes ACI Assignee of,    Summer Rio Corp,    800 Red Brook Blvd,
               Owings Mills, MD 21117-5173
13559386     +Evergreen Plaza Associates I LP,     2866 Paysphere Circle,    Chicago, IL 60674-0001
13528387    ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,      P O Box 537901,
               Livonia  MI  48153-9905)
13785895     +FedEX Customer Information Service,     assignee of FedEx Express/FedEx Ground,
               Attn Revenue Recovery Bankruptcy,     3965 Airways Blvd Module G 3rd Floor,
               Memphis, TN 38116-5017
13484471      FedEx Kinko’s,    Customer Administrative Services,     P.O. Box 672085,    Attn: Terrance/Brad,
               Dallas, TX 75267-2085
13484470      Federal Express,    P.O. BOX 94515,    Palatine, IL 60094-4515
13763037     +Fedex Office,    PO Box 262682,    Plano, TX 75026-2682
13484472      Fila USA Inc.,    Attn: Accounts Receivable,    P.O. Box 8500-4630,    Philadelphia, PA 19178-4630
13484473     +Fontana Fontana, Inc.,    Accounts Receivable,    8600 Crown Crescent Court,
               Charlotte, NC 28227-6783
13484474      Ford Credit,    P.O. Box 790093,    St. Louis, MO 63179-0093
13484479     +GIC International,    1340 Commerce St. Suite K,     Petaluma, CA 94954-8016
13484481     +GLOBE FOOTWEAR CORP.,    ATTN: ACCOUNTS RECEIVABLE,     P.O. BOX 153 190 WESTFIELD AVE.,
               W ROSELLE PARK, NJ 07204-0153
13484482     +GMS Management Co., Inc.,    4645 Richmond Road Suite 101,     Cleveland, OH 44128-5917
13484483     +GOLDEN WEST FOOTWEAR INC.,    ATTN: ACCOUNTS RECEIVABLE,     16750 CHESTNUT ST,
               CITY OF INDUSTRY, CA 91748-1006
13549062     +Gail Hucko,    1626 N Bosworth,    Chicago, IL 60642-1417
13484476      General Information Services, Inc.,     ATTN: ACCOUNTS RECEIVABLE,    P.O. BOX 890502,
               CHARLOTTE, NC 28289-0502
13484477     +General Lock,    4161 N. Milwaukee Ave,    Chicago, IL 60641-1838
13549063     +Georgia Dept of Revenue,    Sales & Use Tax Dept,    PO Box 105284,    Atlanta, GA 30348-5284
13484478      Georgia Power,    241 Ralph McGill Blvd.,    Bin #10102,    Atlanta, GA 30308-3374
13484480     +Glamour Footwear,    ATTN: ACCOUNTS RECEIVABLE,    P.O. BOX 370984,     101-111 NE 23 STREET,
               MIAMI, FL 33137-4826
13484484      Gregory F. X. Daly,    License Collector,    P.O. Box 952027,    Saint Louis, MO 93195-2027
13484485     +Griffith & Jacobson, LLC,    7372 EAGLE WAY,    CHICAGO, IL 60678-1073
13597599     +Grubb & Ellis Management Services,     c/o Zane L. Zielinski,    Frank/Gecker LLP,
               325 N. LaSalle Street, Suite 625,     Chicago, Illinois 60654-6465
13484490     +HSBC Invoice Finance (UK) LTD,    c/o HSBC Bank USA,     P.O. Box 5875,    Hicksville, NY 11802-5875
13559387     +Halsted Limited Partnership,    c/o LaGrou Properties,     3514 S Kostner Ave,    Attn Tim Kelly,
               Chicago, IL 60632-3818
13484486      Hana Financial, Inc.,    LOS ANGELES, CA 90074-0516
13484487     +Highland Park Water Department,     2050 Woodward Ave.,    Highland Park, MI 48226
13484488      Homewood Disposal Service, Inc.,     1501 W. 175th St.,    Homewood, IL 60430-4608
13484489     +House Of Brands, Inc.,    16516 Via Esprillo Ste 100,     San Diego, CA 92127-1728
13559388     +I Sachs Sons Inc,    637 W Roosevelt Road,    Chicago, IL 60607-4911
13484491      IDB Factors,    Grand Central Station,    P.O. Box 4711,    New York, NY 10163-4711,
               Attn Michael D’Ambrosio
13484492    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,      Bankruptcy Unit,
               100 W Randolph St 7-400,    Chicago, IL 60601)
13484494     +IMPORTEX GROUP,    ATTN: ALBERTO,    278 N.W. 27 STREET,    MIAMI, FL 33127-4122
13484498    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,      Department of the Treasury,    PO Box 21126,
               Philadelphia, PA 19114)
13963176     +Illinois Bell Telephone Company,     Attn: James Grudus, Esq (AT&T),    One AT&T Way, Room 3A218,
               Bedminster, NJ 07921-2693
13545240     +Illinois Department of Employment Security,      33 South State Street,
               Chicago, Illinois 60603-2808
```

```
District/off: 0752-1           User: dwilliams              Page 3 of 6                   Date Rcvd: Aug 04, 2011
                               Form ID: pdf006              Total Noticed: 237

14362881     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
13549064      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
13484493     +Illinois Dept. of Employment Security,    33 South State Street,   9th Floor,
               Chicago, IL 60603-2806
13963135     +Indiana Bell Telephone Company, Inc,    Attn: James Grudus, Esq (AT&T),   One AT&T Way, Room 3A218,
               Bedminster, NJ 07921-2693
13484495     +Indiana Department of Revenue,   8368 Louisiana,   Merrillville, IN 46410-6312
13484496      Indianapolis Power & Light Company,    P.O. Box 110,   Indianapolis, IN 46206-0110
13738602      Indianapolis Power & Light Company,    PO Box 1595,   Indianapolis, IN 46206-1595
13484497      Indianapolis Water,   Payment Processing,    P.O. Box 1990,   Indianapolis, IN 46206-1990
13484499     +J & D Property Ventures,   4640 South Halsted Street,    Chicago, IL 60609-4414
13559384     +JP Rap Chicago LLC,   c/o J Patrick Realty,    3105 N Ashland Ave Suite 350,
               Chicago, IL 60657-3013
13484500     +Janice B. Bibbs, Treasurer,   City Of Highland Park,    12050 Woodward,
               Highland Park, MI 48203-3578
13559382     +Jewel Food Stores, Inc,   c/o Albertson’s Inc,    PO Box 20,   Boise, ID 83726-0020
13559383     +Joffco Plaza, LLC,   One Northbrook Place,    5 Revere Drive Suite 200,
               Northbrook, IL 60062-8000
13484501     +Joseph Freed and Associates,    LIBERTY PLAZA, L.L.C.,   33 South State Street Suite 400,
               ATTN: Corporate Treasurer,    Chicago, IL 60603-2805
13484502     +Josmo Shoes Corp.,   Attn: Accounts Receivable,    601 59th Street West,
               New York, NJ 07093-1303
13484503     +Jumbo Shoes, Inc.,   ATTN: ACCOUNTS RECEIVABLE,    350 FIFTH AVENUE SUITE 542,
               NEW YORK, NY 10118-0542
13549081     +Just-N- Case Security LLC,   PO Box 553,    Attn Accounts Receivable,   Atoka, IN 38004-0553
13484504     +Keystone Plaza Associates,    Sitehawk Retail Real Estate/Linder Partn,
               8500 Keystone Crossing, Suite 170,    Indianapolis, IN 46240-2456
13484505      Labor Temps, Inc.,   P.O. Box 2150,    Bedford Park, IL 60499-2150
13549082     +Laclede Gas Company,   720 Olive St Room 1215,    c/o Bankruptcy,   St Louis, MO 63101-2338
13484506     +Land & Lakes Disposal Services,    21900 S. CENTRAL AVE.,   MATTESON, IL 60443-2802
13484507     +Laner, Muchin, Dombrow, Becker,,   Levin & Tomin,    515 North State Street Suite 2800,
               Chicago, IL 60654-4821
13484508      Leslie Heating & Cooling,   6804 Hobson Valley Drive, Suite 111,    Woodridge, IL 60517-1448
13484509     +Lovely Bag Inc.,   1177 Broadway,   New York, NY 10001-7505
13484510     +Makowsky Ringel Greenbreg, LLC,    P.O. box 241990,   Memphis, TN 38124-1990
13484511     +Mankofsky Shoe Co.,   ATTN: ACCOUNTS RECEIVABLE,    1325 WASHINGTON AVENUE,
               ST. LOUIS, MO 63103-1918
13484512      Marathon Ashland Petroleum LLC,    P.O. BOX 740109,   CINCINNATI, OH 45274-0109
13669462     +Marathon Petroleum Company LLC,    PO Box 81,   Findlay, OH 45839-0081
13713449     +Margolin Shoes Inc,   c/o Coface North America, Inc,    50 Millstone Rd Bldg 100 Ste 360,
               East Windsor, NJ 08520-1415
13484513     +Margolin Shoes, Inc.,   2701 N. Kildare Ave.,    Chicago, IL 60639-2014
13484514     +Martin Mack Fire & Safety Equipment Co.,    4730 West Armitage Avenue,   Chicago, IL 60639-3304
13549066     +Maryland Dept of Revenue,   Sales & Use Tax Dept,    Comptroller of Maryland,   PO Box 17405,
               Baltimore, MD 21297-1405
13484515     +Maryland Dept. of Revenue,   51 Sleeper Street,    Boston, MA 02210-1276
13484516     +Memphis Light Gas & Water,   PO Box 430,    Memphis, TN 38101-0430
13484517     +Metropolitan Life Insurance Company,    Gregg P Hirsch,   Law Department,
               1095 Avenue of the Americas,    New York,NY 10036-6797
13963169     +Michigan Bell Telephone Company,    Attn: James Grudus, Esq (AT&T),   One AT&T Way, Room 3A218,
               Bedminster, NJ 07921-2693
13484518     +Michigan Department of Treasury,    Lansing, MI 48922-0001
13549067     +Michigan Dept of Treasury,   Dept 77003,    Detroit, MI 48277-0001
13484519     +MidAmerican Energy Company,   320 LeClaire Street,    Davenport, IA 52801-1729
13484522     +My Way Partners,   830 Kimball Road,   Highland Park, IL 60035-3699
13484527     +NIMA ACCESSORIES INC.,   ATTN: ACCOUNTS RECEIVABLE,    1065 S. MAIN STREET,
               LOS ANGELES, CA 90015-1727
13484528      NIPSCO,   P.O. Box 13007,   Merrillville, IN 46411-3007
13484523      New Albertson’s, Inc.,   P.O. Box 958844,    Rachael Dixon,   St. Louis, MO 63195-8844
13596005     +Next Step Group Inc,   Euler Hermes ACI,    Agent of Next Step Group Inc,
               800 Red Brook Boulevard,    Owings Mills, MD 21117-5173
13484524      Next Step Group, Inc.,   350 Fifth C67Avenue Suite 4210,    New York, NY 10118
13549083     +Norcomm Public Safety Comm,   395 W Lake Street,    PO Box 1408,   Elmhurst, IL 60126-8408
13868672      OHIO DEPARTMENT OF TAXATION,    BANKRUPTCY DIVISION,   P.O. BOX 530, COLUMBUS, OH. 43216
13484529     +Ohio Dept. of Revenue,   Bankruptcy Division,    30 E. Broad St., 23rd Fl.,
               Columbus, OH 43215-3414
13484530      Olem Shoe Corp.,   P.O. Box 013168,   Miami, FL 33101-3168
13484531     +Oppo Originals, Inc.,   ATTN: Accounts Receivable,    21305 Ferrero Parkway,
               City of Industry, CA 91789-5231
13568085     +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,   CHICAGO, IL 60601-6203
13484533     +Patel Management, Inc.,   3730 WEST DEVON AVENUE,    Attn: Adesh Patel,
               LINCOLNWOOD, IL 60712-1102
13484534      Peoples Energy,   Chicago, IL 60687-0001
13484535      Peoples Gas,   Chicago, IL 60687-0001
13484540     +RIG Northwest Fashion Square, LLC,    c/o Equity Investment Group,
               111 East Wayne Street Suite 500,    Fort Wayne, IN 46802-2600
13484536     +Randy Shifrin,   830 Kimball Road,   Highland Park, IL 60035-3699
13484538     +Redford Township Water Dept.,    12200 Beech Daly Rd.,   Redford, MI 48239-2432
13484539     +Reebok International Ltd,   685 Cedar Crest Rd,    Spartanburg, SC 29301-5171
```

```
District/off: 0752-1          User: dwilliams              Page 4 of 6                  Date Rcvd: Aug 04, 2011
                              Form ID: pdf006              Total Noticed: 237


13549085     +Rgis Inventory Specialist,    PO Box 77631,    Attn Account Payable,    Detroit, MI 48277-0631
13484541     +Robert Wayne Associate, Inc.,     2-8 S. Kinderkamack Rd. Suite #202,    Montvale, NJ 07645-2136
13484542     +Roberts Bros. Properties L.L.C.,     Attn: Michael V. or Steven C. Roberts,
               1408 N. Kingshighway Suite 300,    St. Louis, MI 63113-1420
13484543     +Roy Strom,    1201 Greenwood Avenue,    P.O. Box 428,    Maywood, IL 60153-0428
13484549     +SMAC, INC.,    ATTN: ACCOUNTS RECEIVABLE,     17559 ROWLAND STREET,
               CITY OF INDUSTRY, CA 91748-1137
13484544      Safe,   8017 Innovation Way,    Chicago, IL 60682-0080
13595909     +Samsung America Inc-textile,    Euler Hermes ACI,    800 Red Brook Blvd,
               Owings Mills, MD 21117-5173
13484545     +Samsung America, Inc.,    1430 Broadway 22nd Fl,    New York, NY 10018-3303
13484546      Security Central Protection,    12821 Capital Ave,    Oak Park, MI 48237-3160
13484547     +Shoezone, LLC,    c/o James D. Jacobson, Esq.,    Griffith & Jacobson, LLC,
               55 W Monroe St., Suite 3500,    Chicago, IL 60603-5078
13484548      Simon, Peragine, Smith & Redfearn, L.L.P,     1100 Poydras Street,    30th Floor-Energy Centre,
               New Orleans, LA 70163-3000
13484550      Sofft Shoe Co.,    P.O. Box 26802,    New York, NY 10087-6802
13963211     +Southwestern Bell Telephone Company,     Attn: James Grudus, Esq (AT&T),    One AT&T Way, Room 3A218,
               Bedminster, NJ 07921-2693
13484551     +Stanley Convergent Security Solutions,     Dept Ch 10651,    Palatine, IL 60055-0001
13484552      Star/A&J Disposal,    20 South State,    Park Forest, IL 60466-1291
13484553     +Steven Shifrin,    830 Kimball Road,    Highland Park, IL 60035-3699
13484554     +Summer Rio Corp.,    17501 E. Rowland St.,    City of Industry, CA 91748-1115
13484555     +System 5 Security,    Attn: Accounts Receivable,    1761 Ralph D. Abernathy Blvd.,
               Atlanta, GA 30310-1251
13484556      T.J. Twydell Sign Professionals, Inc.,     P.O. Box 81671,    Rochester, MI 48308-1671
14048184     +Tennessee Department Of Revenue,     c/o Attorney General,    P.O. Box 20207,
               Nashville, TN 37202-4015
13577257     +Tennessee Department Of Revenue,     c/o TN Attorney General’s Office Bankrup,    POB 20207,
               Nashville, TN 37202-4015
13484558     +Tennessee Dpt. of Revenue,    500 Deaderick Street,    Nashville, TN 37242-0002
13484559      The Illuminating Company,    P.O. Box 3638,    Akron, OH 44309-3638
13963134     +The Ohio Bell Telephone Company,     Attn: James Grudus, Esq (AT&T),    One AT&T Way, Room 3A218,
               Bedminster, NJ 07921-2693
13484560     +The Provo Group, Inc.,    Evergreen Plaza Associates I,L.P.,    2866 Paysphere Circle,
               Chicago, IL 60674-0001
13484561     +ThinkFast,    500 W. Superior St. Suite 2209,    Chicago, IL 60654-8150
13484562      Thor Gallery at South Dekalb, LLC,     P.O. Box 712370,    Cincinnati, OH 45271-2370
13967857      Thor Gallery at Warren Conner, LLC,     Honigman Miller Schwartz & Cohn LLP,    c/o Seth A Drucker,
               2290 First Natl Bldg 660 Woodward Ave,    Detroit, MI 48226-3506
13484563     +Thrival Int’l Inc.,    14400 Industry Circle,    LA Mirada, CA 90638-5811
13484564     +Timberland,    200 Domain Drive,    Stratham, NH 03885-2575
13484565     +Titan Industries,    5272 Bolsa Ave.,    Huntington Beach, CA 92649-1019
13484566      Treasurer, City Of Memphis,    P.O. Box 185,    Memphis, TN 38101-0185
13484567     +Triangle Sign & Awnig, Inc.,    125 S. Jefferson St.,    Chicago, IL 60661-3746
13559381      UPS Freight,    28013 Network Place,    Chicago, IL 60673-1280
13484570     +USA Safe & Lock,    21612 Lakeland,    St Clair Shores, MI 48081-3701
13484568     +Uline,    Attn: Accounts Receivable,    2200 S. Lakeside Drive,    Waukegan, IL 60085-8311
13808700     +United Parcel Service,    c/o RMS Bankruptcy Recovery Services,    PO Box 4396,
               Timonium, MD 21094-4396
13484569      United Parcel Service,    LOCKBOX 577,    CAROL STREAM, IL 60132-0577
13559390     +V and V LLC,    PO Box 257871,    Chicago, IL 60625-7871
13484572     +Village Of Evergreen Park,    Village Clerk’s Office,    9418 South Kedzie Avenue.,
               Evergreen Park, IL 60805-2324
13484573      Village Of Matteson -,    4900 Village Commons,    Mateson, IL 60443-2666
13484574     +Village Of Melrose Park,    1000 N. 25th Avenue,    Melrose Park, IL 60160-3088
13484575      Warren Conner, LLC,    c/o Key Bank,    P.O. Box 712845,    Cincinnati, OH 45271-2554
13484576      Waste Management,    Bill Payment Center,    P.O. Box 4648,    Carol Stream, IL 60197-4648
13484579      Waste Management Of Ohio Chardon Hauling,     P.O. Box 9001054,    Louisville, KY 40290-1054
14020972     +Waste Management c/o Jacquolyn E. Mills,     1001 Fannin St., Ste. 4000,
               Houston, Texas 77002-6711
13484577      Waste Management of Maryland, Inc.,     P.O. Box 13648,    Philadelphia, PA 19101-3648
13484578      Waste Management of Michigan,    P.O. Box 9001054,    Louisville, KY 40290-1054
13484580      Waste Management of St. Louis,    P.O. Box 9001054,    Louisville, KY 40290-1054
13484581      Wells Fargo Trade Capitol Services, Inc.,     P.O. BOX 360286,    PITTSBURGH, PA 15250-6286
13484583     +Wright Advertising Corp.,    Attn: Accounts Receivable,    1347 S. Laramie Ave.,
               Cicero, IL 60804-1355
13484585     +XPRESS SOLUTIONS, INC.,    9325 Gulfstream Road,    FRANKFORT, IL 60423-2517
13484586     +Y  S Handbags, Inc.,    3351 Tremley Point Road,    Linden, NJ 07036-3575
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13484452      E-mail/Text: legalcollections@comed.com Aug 04 2011 23:34:15      ComEd,    Bill Payment Center,
               Chicago, IL 60668-0001
13670643     +E-mail/Text: legalcollections@comed.com Aug 04 2011 23:34:15      ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
13484462      E-mail/Text: brupt1@dteenergy.com Aug 04 2011 23:33:57      DTE Energy,    P.O. BOX 740786,
               Cincinnati, OH 45274-0786
13948824     +E-mail/Text: brupt1@dteenergy.com Aug 04 2011 23:33:57      DTE Energy (Detroit Edison & MichCon),
               One Energy Plaza, WCB 2160,    Detroit, MI 48226-1221
```

```
District/off: 0752-1          User: dwilliams            Page 5 of 6                   Date Rcvd: Aug 04, 2011
                              Form ID: pdf006            Total Noticed: 237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13484475      +E-mail/Text: gay@garysan.com Aug 04 2011 23:34:46     Gary Sanitary District,    P.O. Box 388,
               Gary, IN 46402-0388
13549080      +E-mail/Text: CSC.BANKRUTCYPROCESSING@AMWATER.COM Aug 04 2011 23:34:21     Indiana American Water,
               PO Box 578,    Alton, IL 62002-0578
13670869      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 05 2011 00:04:41
               Indiana Department of Revenue,    Bankruptcy Section,    100 N. Senate Ave. Rm N240,
               Indianapolis, Indiana 46204-2231
13549065      +E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Aug 05 2011 00:04:41      Indiana Dept of Revenue,
               PO Box 7218,    Indianapolis, IN 46207-7218
13549068      +E-mail/Text: ecfnotices@dor.mo.gov Aug 04 2011 23:34:36     Missouri Dept of Revenue,
               PO Box 3360,    Jefferson City, MO 65105-3360
13484520      +E-mail/Text: ecfnotices@dor.mo.gov Aug 04 2011 23:34:36     Missouri Dept. of Revenue,
               Harry S. Truman State Office Bldg.,     301 W. High St.,   Jefferson City, MO 65101-1517
13484521       E-mail/Text: bankruptcyadministrator@muzak.com Aug 04 2011 23:34:29     Muzak LLC -,
               P.O. Box 71070,    Charlote, NC 28272-1070
13484525       E-mail/Text: bankrup@nicor.com Aug 04 2011 23:33:40     Nicor,    P.O. Box 416,
               Aurora, IL 60568-0001
13484526       E-mail/Text: bankrup@nicor.com Aug 04 2011 23:33:40     Nicor,    P.O. Box 0632,
               Aurora, IL 60507-0632
16519634       E-mail/Text: kmcclellan@shelbycountytrustee.com Aug 04 2011 23:35:35     Shelby County Trustee,
               PO Box 2751,    Memphis, TN 38101-2751
13484571       E-mail/PDF: bankruptcyverizoncom@afni.com Aug 05 2011 00:00:11     Verizon -,    P.O. Box 660720,
               Dallas, TX 75266-0720
13713506      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 05 2011 00:00:11     Verizon Wireless,
               PO Box 3397,    Bloomington, IL 61702-3397
13484584      +E-mail/Text: brad.lee@xo.com Aug 04 2011 23:34:01     XO Communications, Inc,    Attn Brad Lee,
               105 Molloy Street, Suite 300,    Nashville, TN 37201-2315
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13596042       Olem Shoe Corp,    Euler Hermes ACI,    Agent Of Olem Shoe, Corp,    800 Red Brook Boulevard,
               Owings Mills
aty*          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
13549078*     +DTE Energy,    PO Box 740786,    Cincinnati,OH 45274-0786
13549079*     +EMS Trading Inc,    dba Michael Antonio Footwear Group,    5161 Richton Street,
               Montclair, CA 91763-1310
13484427      ##AT & T Universal Biller,    P.O. Box 79112,    Phoenix, AZ 85062-9112
13484441      ##C.B. Handbag Company,    Attn: Accounts Receivable 1,    100 N. 24th Avenue,
               Minneapolis, MN 55411-2265
13484459     ##+Digital Copier Super Central LLC,    1100 W. Cermack Road Suite B403,    Chicago, IL 60608-4545
13549084     ##+O'Bryan Bros Inc,    4220 W Belmont Ave,    Attn Phil Samuels,    Chicago, IL 60641-4689
13484532     ##+Orkin Inc. #1,    4161B 166th St.,    Oak Forest, IL 60452-4623
13484537     ##+Rasolli Footwear Corp.,    ATTN: Accounts Receivable,    350 Fifth Avenue Suite 542,
               New York, NY 10118-0542
13484557     ##+Talon Merchant Capital,    Attn: Accounts Receivable,    400 W. Erie Suite 301,
               Chicago, IL 60654-6913
13484582     ##+Wild West Footwear Corp.,    1302 John Reed Ct.,    City of Industry, CA 91745-2406
                                                                                TOTALS: 1, * 3, ## 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: dwilliams            Page 6 of 6              Date Rcvd: Aug 04, 2011
                              Form ID: pdf006            Total Noticed: 237

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 06, 2011**                          **Signature:**            *Joseph Speetjens*